IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONEISHA A. FLOWERS, | : |
| Plaintiff, | : |
| v. | : Civ. No. 23-870-JLH |
| RACHEL GRIFFITH, *et al.*, | : |
| Defendants. | : |

## ORDER

At Wilmington this 27th day of June, 2024,

IT IS HEREBY ORDERED that:

1. On May 14, 2024, the Court entered an Order dismissing the Complaint and giving Plaintiff leave to file an amended complaint or before June 13, 2024. (D.I. 6.) The Order advised Plaintiff that the Clerk of Court would be directed to close the case should Plaintiff fail to timely file an amended complaint. (*Id.*).

2. The time has passed, and Plaintiff has failed to file an amended complaint.

3. The case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE